## JOHN A. TUCKER v. STATE.

No. A-1780. Opinion Filed February 10, 1914.

Appeal from Superior Court, Grady County;
Will Linn, Judge.

John A. Tucker was convicted of a violation of the prohibition law, and appeals. Reversed.

Bearfoot & Carmichael, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. This appeal is prosecuted from a conviction had in the superior court of Grady county, in which plaintiff in error was found guilty of unlawfully having possession of intoxicating liquors. It is a companion case with that of John A. Tucker v. State, 9 Okla. Cr. 555, 132 Pac. 689, and presents the identical question passed upon in that case. For the reasons given in the opinion in that case, the judgment of the lower court is reversed and a new trial awarded and the cause remanded to the county court of Grady county, as the successor to the superior court of Grady county in all matters therein theretofore pending.

## TOM UPTON v. STATE.

No. A-1896. Opinion Filed February 14, 1914.

Appeal from County Court, Tulsa County;
N. J. Gubser, Judge.

Tom Upton was convicted of having unlawful possession of liquor, and appeals. Affirmed.

Flowers Nelson and J. R. League, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson and C. J. Davenport, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error, Tom Upton, was convicted at the October, 1912, term of the county court of Tulsa county on a charge of having unlawful possession of intoxicating liquors with intent to sell the same, and his punishment fixed at a fine of $250 and imprisonment in the county jail for a period of ninety days. A careful reading of the record in this cause reveals no error sufficient to disturb the judgment of the lower court. It is therefore affirmed.